## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| CRISTIAN DAL BOSCO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NRX PHARMACEUTICALS, INC., JONATHAN C. JAVITT, and WILLIAM FRICKER, <br><br> Defendants. | Case No. 1:22-cv-00066-MN <br><br> CLASS ACTION |

## DECLARATION OF DAVID M. SBORZ
## IN SUPPORT OF MOTION FOR APPOINTMENT AS
## LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

I, David M. Sborz declare, under penalty of perjury, that:

1.      I am an attorney licensed to practice before all the courts of the State of Delaware and this Court.   I am a partner with Andrews & Springer LLC, Delaware Counsel for Larry D. Creasy Jr., proposed lead plaintiff in the above-captioned securities class action. I submit this affidavit in support of Mr. Creasy's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:     Notice of pendency of class action published on *Globe Newswire*, a national business-oriented wire service, on January 18, 2022;

Exhibit B:     Mr. Creasy's Certification;

Exhibit C:     Mr. Creasy's loss estimate, prepared by counsel; and

Exhibit D:     Mr. Creasy's Declaration.

- 2 -

I declare under penalty of perjury under the laws of the State of Delaware that the foregoing is true and correct. This Declaration was executed by me on this this 21st day of March, 2022 in Wilmington, Delaware.

David M. Sborz (#6203)
ANDREWS & SPRINGER LLC
4001 Kennett Pike, Suite 250
Wilmington, Delaware 19807
Telephone: (302) 504-4957
Fax: (302) 397-2681
dsborz@andrewsspringer.com

- 2 -