# EXHIBIT A

**Pomerantz Law Firm Announces the Filing of a Class Action Against NRx Pharmaceuticals, Inc, and Certain Officers – NRXP; NRXPW**

NEW YORK, Jan. 18, 2022 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against NRx Pharmaceuticals, Inc. ("NRx" or the "Company") (NASDAQ: NRXP; NRXPW) and certain of its officers.   The class action, filed in the United States District Court for the District of Delaware, and docketed under 22-cv-00066, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired NRx securities between June 1, 2021 and November 4, 2021, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased or otherwise acquired NRx during the Class Period, you have until March 21, 2022 to ask the Court to appoint you as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at www.pomerantzlaw.com.   To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

NRx is a clinical-stage small molecule pharmaceutical company that develops various therapeutics for the treatment of central nervous system disorders and life-threatening pulmonary diseases. The Company's products include, among others, ZYESAMI, an investigational pre-commercial drug for COVID-19 related respiratory failure.

In June 2021, NRx announced that it filed an application with U.S. Food and Drug Administration ("FDA") requesting Emergency Use Authorization ("EUA") for ZYESAMI (Aviptadil-acetate) to treat critically ill COVID-19 patients suffering with respiratory failure (the "ZYESAMI EUA Application").

The complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) the ZYESAMI EUA Application contained insufficient data regarding the potential benefits and risks of ZYESAMI; (ii) accordingly, the FDA was unlikely to approve the ZYESAMI EUA Application in its present form; and (iii) as a result, the Company's public statements were materially false and misleading at all relevant times.

On November 4, 2021, NRx issued a press release "announc[ing] that the [FDA] has declined to issue an [EUA] for ZYESAMI® (aviptadil).  The FDA stated that it was unable to issue the EUA at this time due to insufficient data regarding the known and potential benefits of the medicine and the known and potential risks of ZYESAMI in patients suffering from Critical COVID-19 with respiratory failure."

On this news, NRx's stock price fell $2.27 per share, or 25.45%, to close at $6.65 per share on November 5, 2021.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members.
See www.pomlaw.com.

**CONTACT:**
**Robert S. Willoughby**
**Pomerantz LLP**
**rswilloughby@pomlaw.com**
**888-476-6529 ext. 7980**

# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Larry D. Creasy, Jr. ("Plaintiff") declares:

1.     Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.     Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.     Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.     Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _____ 21st day of March, 2022.

DocuSigned by:

*larry D. Creasy, Jr.*

D666E74814D14EB...

_____

Larry D. Creasy, Jr.

NRX

## SCHEDULE A

## SECURITIES TRANSACTIONS

### Stock

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/17/2021 | 535 | $17.05 |
| 06/17/2021 | 315 | $17.03 |
| 06/22/2021 | 1,000 | $13.72 |
| 07/14/2021 | 453 | $10.12 |
| 07/14/2021 | 217 | $10.00 |
| 07/14/2021 | 80 | $10.00 |
| 07/14/2021 | 250 | $10.07 |
| 07/16/2021 | 95 | $9.23 |
| 07/16/2021 | 147 | $9.15 |
| 08/06/2021 | 1,000 | $13.84 |
| 08/19/2021 | 1,000 | $11.25 |
| 08/19/2021 | 1,000 | $11.42 |
| 09/10/2021 | 1,000 | $12.52 |
| 09/13/2021 | 168 | $11.04 |
| 09/16/2021 | 100 | $10.83 |
| 09/16/2021 | 405 | $10.78 |
| 09/16/2021 | 30 | $10.86 |
| 09/16/2021 | 789 | $10.83 |
| 09/17/2021 | 288 | $10.18 |
| 09/17/2021 | 362 | $10.11 |

### Warrants

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/22/2021 | 400 | $3.49 |
| 06/22/2021 | 600 | $3.48 |

Prices listed are rounded up to two decimal places.

# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Larry D. Creasy Jr. | 06/17/2021 | 535 | $17.05 | $9,121.75 | held | 9,234 | $5.06 | $46,681.65 | |
| | 06/17/2021 | 315 | $17.03 | $5,364.99 | | | | | |
| | 06/22/2021 | 1,000 | $13.72 | $13,715.40 | | | | | |
| | 07/14/2021 | 453 | $10.12 | $4,582.59 | | | | | |
| | 07/14/2021 | 217 | $10.00 | $2,170.07 | | | | | |
| | 07/14/2021 | 80 | $10.00 | $799.60 | | | | | |
| | 07/14/2021 | 250 | $10.07 | $2,516.25 | | | | | |
| | 07/16/2021 | 95 | $9.23 | $876.84 | | | | | |
| | 07/16/2021 | 147 | $9.15 | $1,345.04 | | | | | |
| | 08/06/2021 | 1,000 | $13.84 | $13,835.00 | | | | | |
| | 08/19/2021 | 1,000 | $11.25 | $11,253.90 | | | | | |
| | 08/19/2021 | 1,000 | $11.42 | $11,415.90 | | | | | |
| | 09/10/2021 | 1,000 | $12.52 | $12,520.00 | | | | | |
| | 09/13/2021 | 168 | $11.04 | $1,854.67 | | | | | |
| | 09/16/2021 | 100 | $10.83 | $1,083.00 | | | | | |
| | 09/16/2021 | 405 | $10.78 | $4,365.90 | | | | | |
| | 09/16/2021 | 30 | $10.86 | $325.76 | | | | | |
| | 09/16/2021 | 789 | $10.83 | $8,544.87 | | | | | |
| | 09/17/2021 | 288 | $10.18 | $2,931.84 | | | | | |
| | 09/17/2021 | 362 | $10.11 | $3,658.63 | | | | | |
| | | **9,234** | | **$112,281.98** | | **9,234** | | **$46,681.65** | **($65,600.33)** |
| Larry D. Creasy Jr. (warrants) | 06/22/2021 | 400 | $3.49 | $1,396.00 | held | 1,000 | $2.15 | $2,147.60 | |
| | 06/22/2021 | 600 | $3.48 | $2,088.00 | | | | | |
| | | **1,000** | | **$3,484.00** | | **1,000** | | **$2,147.60** | **($1,336.40)** |
| **Movants' Total** | | **10,234** | | **$115,765.98** | | **10,234** | | **$48,829.25** | **(*$66,936.73*)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
 during the 90 calendar days after the end of the class period.
The prices used are as follow:
$5.06 as of February 02, 2022 for common stock.
$2.15 as of February 02, 2022 for warrants.

Prices listed are rounded up to two decimal places.

# EXHIBIT D

## DECLARATION OF LARRY D. CREASY JR.

I, Larry D. Creasy Jr., submit this declaration in support of my lead plaintiff motion. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

1. I live in Saint Clair, Missouri and I work in the textile industry as a senior chemist. Before my current role, I was director of technology for a wireless connectivity company and a research technician for a major chemical company. I have a bachelor of science degree in Biological Science from Missouri University of Science and Technology, and I have approximately 15 years of investing experience.

2. I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation.

3. I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my attendance is requested or required by the Court, participate in discovery, participate in settlement discussions, attend trial, if necessary, and authorize a potential settlement on behalf of the class. I am willing to perform all of these duties on behalf of the class members.

4. I have a substantial financial interest in this case based on my losses, and have an incentive to prosecute this case on behalf of NRx Pharmaceuticals, Inc. investors.

5. I understand that the lead plaintiff's share of any recovery is the same as every other potential class member. As my Certification states, I will not accept any payment for serving as a representative party beyond my *pro-rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the Private Securities Litigation Reform Act of 1995.

4856-1264-5398.v1

6.      I am aware that I have the right to select counsel as part of the lead plaintiff process. Based on its experience prosecuting securities cases, I have selected Robbins Geller Rudman & Dowd LLP to represent the class in this case on a contingency basis.  Before selecting counsel, I discussed the lead plaintiff's role, responsibilities, and process with Robbins Geller.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 21st day of March, 2022.

DocuSigned by:

*Larry D. Creasy, Jr.*
D666E74814D14EB...
_____
LARRY D. CREASY JR.