**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CRISTIAN DAL BOSCO, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>   v.<br><br>NRX PHARMACEUTICALS, INC., JONATHAN C. JAVITT, and WILLIAM FRICKER,<br><br>    Defendants. | Case No. 22-cv-66-MN<br><br>**CLASS ACTION** |

**DECLARATION OF BRIAN E. FARNAN IN SUPPORT OF MOTION OF BARBARA PATANE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, BRIAN E. FARNAN, declare:

1. I am a Partner at Farnan LLP, proposed Liaison Counsel in this action for Barbara Patane ("Movant"). I have personal knowledge of the facts set forth herein. I make this Declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit 1: PSLRA Early Notice;

Exhibit 2: Movant's PSLRA certification;

Exhibit 3: Movant's loss chart

Exhibit 4: Firm resume of The Rosen Law Firm, P.A.; and,

Exhibit 5: Firm resume of Farnan LLP.

3

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: March 21, 2022

/s/ Brian E. Farnan
Brian E. Farnan

3