# EXHIBIT 3

**NRx Pharmaceuticals, Inc. Loss Chart**
**Class Period: June 1, 2021 through November 4, 2021**

**Lookback Price**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | $ 5.06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patane, Barbara | 7/23/2021 | 1,000 | ($21.00) | ($21,000.00) | 7/29/2021 | 2,000 | $15.00 | $30,000.00 | | | | |
| | 7/23/2021 | 1,000 | ($22.80) | ($22,800.00) | | | | | | | | |
| | 8/18/2021 | 211 | ($15.40) | ($3,249.40) | | | | | | | | |
| | | 2,211 | | ($47,049.40) | | 2,000 | | $30,000.00 | 211 | $1,066.69 | ($15,982.71) | |