**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CRISTIAN DAL BOSCO, Individually and on Behalf of All Others Similarly Situated, | C.A. No.  1:22-cv-00066-MN |
| Plaintiff, | Hon. Judge Maryellen Noreika |
| | CLASS ACTION |
| v. | |
| NRX PHARMACEUTICALS, INC., JONATHAN C. JAVITT, and WILLIAM FRICKER, | |
| Defendants. | |

**DECLARATION OF RYAN M. ERNST IN SUPPORT OF MOTION
OF JASON KARNES AND IAN DINGWALL FOR APPOINTMENT AS
CO-LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL**

I, Ryan M. Ernst, Esq., hereby declare as follows:

1.      I am an attorney at Bielli & Klauder, LLC ("Bielli & Klauder"), local counsel on behalf of Jason Karnes and Ian Dingwall (together, "Karnes and Dingwall") and proposed Liaison Counsel for the Class, and I have personal knowledge of the facts set forth herein.  I make this Declaration in support of Karnes and Dingwall's motion for appointment as Co-Lead Plaintiffs for the Class at issue in the above-captioned action (the "Action") and approval of Karnes and Dingwall's selection of Pomerantz LLP ("Pomerantz") as Lead Counsel and Bielli & Klauder as Liaison Counsel for the Class.

1

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A: Loss chart of Karnes and Dingwall;

Exhibit B: Press release published over *Globe Newswire* on January 18, 2022, announcing the pendency of the Action;

Exhibit C: Shareholder Certifications executed by Karnes and Dingwall;

Exhibit D: Joint Declaration executed by Karnes and Dingwall;

Exhibit E: Firm resume of Pomerantz; and

Exhibit F: Firm resume of Bielli & Klauder.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on March 21, 2022, at Wilmington, Delaware.

*/s/ Ryan M. Ernst*
Ryan M. Ernst

## CERTIFICATION PURSUANT TO PREFERENCES & PROCEDURES FOR CIVIL CASES

This filing contains 227 words and complies with the type, font, and word limitations set forth in this Court's Preferences and Procedures for Civil Cases.

Respectfully submitted,

**BIELLI & KLAUDER, LLC**

/s/Ryan M. Ernst
Ryan M. Ernst, Esq. (No. 4788)
1204 N. King Street
Wilmington, DE 19801
Main: (302) 803-4600
Direct: (302) 321-5411
rernst@bk-legal.com

March 21, 2022

3