# Exhibit B

Case 1:22-cv-00066-JDW     Document 11-2   Filed 03/21/22   Page 2 of 5 PageID #: 193



COVID-19 NEWS     SERVICES ⌄     CONTACT US     FRANÇAIS     SIGN IN

REGISTER

# Pomerantz Law Firm Announces the Filing of a Class Action Against NRx Pharmaceuticals, Inc, and Certain Officers – NRXP; NRXPW

January 18, 2022 18:18 ET | Source: [Pomerantz LLP](#)








NEW YORK, Jan. 18, 2022 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against NRx Pharmaceuticals, Inc. ("NRx" or the "Company") (NASDAQ: NRXP; NRXPW) and certain of its officers.   The class action, filed in the United States District Court for the District of Delaware, and docketed under 22-cv-00066, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired NRx securities between June 1, 2021 and November 4, 2021, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased or otherwise acquired NRx during the Class Period, you have until March 21, 2022 to ask the Court to appoint you as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at [www.pomerantzlaw.com](http://www.pomerantzlaw.com).   To discuss this action, contact Robert S. Willoughby at [newaction@pomlaw.com](mailto:newaction@pomlaw.com) or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

NRx is a clinical-stage small molecule pharmaceutical company that develops various therapeutics for the treatment of central nervous system disorders and life-threatening pulmonary diseases. The Company's products include, among others, ZYESAMI, an investigational pre-commercial drug for COVID-19 related respiratory failure.



COVID-19
NEWS          SERVICES ⌄          CONTACT
US          FRANÇAIS          SIGN IN          REGISTER

🔍

patients suffering with respiratory failure (the "ZYESAMI EUA Application").

The complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) the ZYESAMI EUA Application contained insufficient data regarding the potential benefits and risks of ZYESAMI; (ii) accordingly, the FDA was unlikely to approve the ZYESAMI EUA Application in its present form; and (iii) as a result, the Company's public statements were materially false and misleading at all relevant times.

On November 4, 2021, NRx issued a press release "announc[ing] that the [FDA] has declined to issue an [EUA] for ZYESAMI® (aviptadil). The FDA stated that it was unable to issue the EUA at this time due to insufficient data regarding the known and potential benefits of the medicine and the known and potential risks of ZYESAMI in patients suffering from Critical COVID-19 with respiratory failure."

On this news, NRx's stock price fell $2.27 per share, or 25.45%, to close at $6.65 per share on November 5, 2021.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomlaw.com.

**CONTACT:**

Robert S. Willoughby

Pomerantz LLP

rswilloughby@pomlaw.com

888-476-6529 ext. 7980

Case 1:22-cv-00066-JDW   Document 11-2   Filed 03/21/22   Page 4 of 5 PageID #: 195



COVID-19
NEWS     SERVICES ⌄     CONTACT
US     FRANÇAIS     SIGN IN     REGISTER

# Recommended Reading

March 14, 2022 18:33 ET

Source:  Pomerantz LLP

**Pomerantz Law Firm Announces the Filing of a Class Action Against Akebia Therapeutics, Inc. and Certain Officers – AKBA**

NEW YORK, March 14, 2022 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Akebia Therapeutics, Inc. ("Akebia" or the "Company") (NASDAQ: AKBA) and...

March 14, 2022 18:31 ET

Source:  Pomerantz LLP

**SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of DiDi Global Inc. - DIDI**

NEW YORK, March 14, 2022 (GLOBE NEWSWIRE) -- Pomerantz LLP is investigating claims on behalf of investors of DiDi Global Inc. ("DiDi" or the "Company") (NYSE: DIDI). Such investors are advised to...

# Explore





[DZS Aligns With Industry Leaders at OFC 2022, Focu...](#)

March 21, 2022 11:32 ET

[Gebrüder Weiss Posts Growth Across the Board](#)

March 21, 2022 11:30 ET



**About Us**

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

**Newswire Distribution Network & Management**

· [Home](#)     · [RSS Feeds](#)

· [Newsroom](#)     · [Legal](#)



COVID-19 NEWS   SERVICES ⌄   CONTACT US   FRANÇAIS   **SIGN IN**   REGISTER

© 2022 GlobeNewswire, Inc. All Rights Reserved.



COVID-19 NEWS   SERVICES ⌄   CONTACT US   FRANÇAIS   **SIGN IN**   REGISTER

© 2022 GlobeNewswire, Inc. All Rights Reserved.