# Exhibit F



**Bielli & Klauder, LLC**
**www.bk-legal.com**

**Wilmington, Delaware**
1204 N. King Street
Wilmington, DE  19801
(302) 803-4600

**Philadelphia, Pennsylvania**
1905 Spruce Street
Philadelphia, PA 19103
(215) 642-8271

**Media, Pennsylvania**
9 West 3rd Street
Media, PA 19063
(484) 441-6444

---

### About Bielli & Klauder, LLC

---

Bielli & Klauder, LLC  is a general practice law firm with an emphasis in civil litigation and bankuptcy with offices in downtown Wilmington, DE, Philadelphia, PA, and the suburbs of Media, PA.  The firm handles complex corporate and commercial litigation in the Delaware District Court, the Delaware Court of Chancery and all other state courts.  Our practice also includes, stockholder class action litigation, stockholder derivative litigation, construction litigation, general litigation, and business advisory services.

## Practice Areas

### *General Litigation*

The firm represents individual and commercial clients in an array of litigation areas. The firm has experience in landlord-tenant matters, negligence claims, real estate litigation, personal injury, collections and other litigation matters that clients, large or small, encounter. Our size, experience and use of technology allows us to work with a range of clients to resolve matters of any size and complexity. We provide the same level of service to all clients and can work closely to develop a comprehensive strategy while remaining cost-effective.

We have an active litigation practice in all state courts, from small claims and summary possession matters in the Justice of the Peace Court to appeals to the Delaware Supreme Court. We also practice in the Court of Chancery, Delaware's unique, premier court of equity. The firm also handles cases in Delaware's Federal District Court as well as the Federal Third Circuit Court of Appeals.

### *Corporate/Commercial Litigation*

The firm serves as lead and local counsel for both the prosecution and defense of various commercial and corporate litigation in all State and Federal Courts. We regularly represent national corporate clients and local businesses in the full range of litigation in the Delaware courts. Our experience encompasses litigation involving trade secrets, corporate disputes, corporate partnership, alternative dispute resolution representation, contract disputes, claims for breaches of fiduciary duty, commercial fraud, and tortious interference.

We understand that litigation imposes a burden on our clients' businesses whether we are prosecuting or defending an action. Beyond the monetary impact of litigation, management and employees must spend their time addressing the litigation instead of operating the business. We work closely with our clients to address these concerns and devise a litigation strategy that balances the desire to aggressively advance the case with the need to timely and cost-effectively resolve the case. This involves tailored case strategy and preparation where we set a goal of resolving matters whether through settlement, alternative dispute resolution or trial. We work with our clients

first to define "success" in the litigation and its impact on their business; and then second, to achieve success in their case.

## Stockholder Litigation

We represent stockholder plaintiffs in stockholder class action and derivative liability cases in both the Court of Chancery and the Delaware District Court. We work closely with co-counsel to effectively manage this fast-paced, time-sensitive litigation.

## Construction

The firm represents parties in the construction industry at all stages of the construction process for residential and commercial projects. Our services include pre-construction bidding, contract negotiation and financing, contract performance issues and disputes regarding alleged defects, delays, payment and performance bond issues, mechanics and materialmen liens, and claims and dispute resolution. We represent owners, general contractors, sub-contractors, suppliers, construction managers, developers and design professionals.

## Bankruptcy

The firm has substantial experience representing various types of clients, whether in chapter 11 cases or out-of-court restructurings. We represent clients in matters such as plan negotiations, asset sales, lien analysis, preference actions, fraudulent conveyance litigation, stay relief, reclamation claims, claims objections and other litigation. Our range of experience enables us to effectively handle the most sophisticated matters as well as the regular bread and butter matters of an insolvency practice, to advise clients about all of the options available to them, and to help each client chose an approach that best suits the client's particular circumstances and goals. As a boutique firm, we are comparable to the bankruptcy and insolvency departments of many national firms, but are able to provide representation in a cost effective and client-centered manner that much larger firms can seldom match.

The types of clients represented by our attorneys include, without limitation:

- Businesses as Chapter 11 debtors;
- Post-confirmation trusts and trustees;
- Equipment lessors;
- Vendors and suppliers;
- Landlords and shopping center owners;
- Lenders;
- Insurance companies;
- Asset purchasers;
- Preference and fraudulent transfer defendants;
- Corporate officers and directors; and
- Financial and other consultants.

## Attorneys

### Thomas D. Bielli, Esq.

Tom focuses his practice on commercial bankruptcy and commercial litigation. He has experience in all aspect of commercial bankruptcy proceedings. Super Lawyers recently recognized his efforts and contributions in the practice of law, naming Tom a Rising Star for 2012-2016. As a graduate of Widener University School of Law, Tom served on the editorial board of the Widener Law Review (Blue Book Editor). He was also a member of the Moot Court Honors Society, and a Distinguished Finkelman Scholar. Prior to law school, Tom attended the California State University at San Marcos.

### David M. Klauder, Esq.

Dave focuses his practice on commercial and corporate bankruptcy, commercial and general litigation, and corporate law. Dave has experience in all aspects of corporate and personal bankruptcy having practiced many years for the bankruptcy section of the Department of Justice. Dave also has experience in various aspects of litigation, including lead trial counsel in a number of civil and commercial litigation cases in federal and state courts.

Prior to forming Bielli & Klauder, Dave spent ten years as a Trial Attorney for the Office of the United States Trustee, the bankruptcy arm of the Department of Justice. As an attorney in the Wilmington, Delaware office of the U.S. Trustee's Office, Dave had primary responsibility on behalf of the federal government for some of the largest corporate Chapter 11 bankruptcies in the country, including, among others, Owens Corning, W.R. Grace & Co., Tribune Co., Smurfit-Stone Container Corp. and NewPage Corp. He was also selected to be a part of the team at the U.S. Trustee's Office providing assistance on the historic General Motors chapter 11 bankruptcy case. Dave has litigated

numerous complex matters in federal bankruptcy courts in Delaware and Pennsylvania. His responsibilities for the U.S. Trustee's Office also included forming creditors' committees, conducting debtor examinations, drafting objections, motions, and other pleadings, and appearing in federal bankruptcy court on a routine basis on various matters.

After leaving the U.S. Trustee's Office, Dave joined O'Kelly Ernst & Bielli, LLC, where he helped expand their bankruptcy and litigation practices in both Delaware and Pennsylvania. Dave then left O'Kelly Ernst & Bielli and formed Bielli & Klauder with Tom Bielli in October 2015, and continues to grow his practice areas.

### *Ryan M. Ernst, Esq.*

Ryan M. Ernst practices in all areas of litigation, including commercial, corporate, construction, stockholder actions, landlord-tenant, and collections. He has also handled litigation defense matters for carriers and self-insureds such as premises liability, toxic tort, mass tort, and product liability. Before joining Bielli & Klauder, he co-founded O'Kelly & Ernst, LLC, and was an attorney with Cross & Simon and two regional civil litigation firms. Prior to that, Ryan was a Fund Accountant in the mutual fund industry.

Ryan received a B.S.B.A. (Finance) degree from the University of Delaware and J.D. and M.B.A. degrees from Temple University. Ryan is licensed to practice in Delaware, Pennsylvania, and New Jersey state courts, the District Court for the District of Delaware, the District Court for the Eastern District of Pennsylvania, the District Court for the District of New Jersey, and the Court of Appeals for the Third Circuit.