**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| CRISTIAN DAL BOSCO, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:22-cv-00066-MN |
| Plaintiff, | CLASS ACTION |
| v. | |
| NRX PHARMACEUTICALS, INC., JONATHAN C. JAVITT, and WILLIAM FRICKER, | |
| Defendants. | |

**DECLARATION OF NATHAN COOK IN SUPPORT OF IBERIA CAPITAL CORPORATION'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Nathan Cook, declare, under penalty of perjury:

1. I am a partner with the law firm of Block & Leviton LLP. I submit this declaration in support of the motion of Iberia Capital Corporation for appointment as lead plaintiff, and approval of its selection of counsel.

2. Attached hereto as Exhibit A is a copy of a press release issued by Pomerantz LLP, dated January 18, 2021, announcing the filing of a class action against the above-referenced defendants and noticing that the filing date for appointment as Lead Plaintiff is March 21, 2022.

3. Attached hereto as Exhibit B is the certification of Iberia Capital Corporation.

4. Attached hereto as Exhibit C is a chart reflecting Iberia Capital Corporation's losses in the relevant securities.

5. Attached hereto as Exhibit D is a true and accurate copy of the firm resume of Block & Leviton LLP, proposed Lead Counsel.

Dated: March 21, 2022

/s/ Nathan Cook
Nathan Cook

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Nathan Cook
Nathan Cook