# EXHIBIT B

## Certification Pursuant to Federal Securities Laws

1. I, Dr. Jorge Camacho, as president of Iberia Capital Corporation, a C Corporation incorporated under the laws of the state of Colorado, have reviewed the complaint on file in *Dal Bosco v. NRx Pharmaceuticals, Inc. et al.,* No. 1:22-cv-00066 (D. Del.), and have authorized the filing of this motion on the Corporation's behalf.

2. The Corporation did not purchase NRx Pharmaceuticals, Inc. securities that are the subject of the complaint on file at the direction of plaintiff's counsel, or in order to participate in any private action under the federal securities laws.

3. I, as president of Iberia Capital Corporation, am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. Attached hereto as Exhibit 1 is a list of all the Corporation's transactions in NRx Pharmaceuticals, Inc. securities that are the subject of the complaint during the specified class period.

5. During the past three years, neither I nor Iberia Capital Corporation, have sought to serve as a representative party on behalf of a class under federal securities laws.

6. Neither I, as president of Iberia Capital Corporation, nor Iberia Capital Corporation itself will accept payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court in accordance with 15 U.S.C. 78u-4(a)(4).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03 / 16 / 2022_____ .


Dr. Jorge Camacho
President
Iberia Capital Corporation

# Exhibit 1

## Iberia Capital Corporation - NRXP transactions

| Date | Transaction | Shares | Price Per Share |
|------|-------------|--------|-----------------|
| 9/7/21 | Bought | 1,000 | $ 13.05 |
| 9/15/21 | Bought | 1,000 | $ 11.69 |
| 9/16/21 | Bought | 2,000 | $ 10.52 |
| 9/20/21 | Bought | 1,500 | $ 10.00 |
| 10/1/21 | Bought | 1,900 | $ 8.95 |