# EXHIBIT C

# Iberia Capital Corporation
# NRXP Loss Report

| Date | Transaction | Shares | Price Per Share | | Total | |
|---|---|---|---|---|---|---|
| 9/7/21 | Buy | 1000 | $ | 13.05 | $ | 13,050.00 |
| 9/15/21 | Buy | 1000 | $ | 11.69 | $ | 11,690.00 |
| 9/16/21 | Buy | 2000 | $ | 10.52 | $ | 21,040.00 |
| 9/20/21 | Buy | 1500 | $ | 10.00 | $ | 15,000.00 |
| 10/1/21 | Buy | 1900 | $ | 8.95 | $ | 17,005.00 |
| **Total** | | **7400** | | | **$** | **77,785.00** |
| **Retained Value*** | | **7400** | **$** | **5.02** | **$** | **37,148.00** |
| **Total Loss** | | | | | **$** | **(40,637.00)** |

* Using average closing price from 11/5/21 through 2/3/22, $5.02 per share.