**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| CRISTIAN DAL BOSCO, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:22-cv-00066-MN |
| Plaintiff, | |
| v. | |
| NRX PHARMACEUTICALS, INC., JONATHAN C. JAVITT, and WILLIAM FRICKER, | |
| Defendants. | |

**DECLARATION OF BLAKE A. BENNETT IN SUPPORT OF MOTION OF HASSAN EL HAKIM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

0

I, Blake A. Bennett, hereby declare as follows:

1.      I am an attorney practicing with the law firm of Cooch and Taylor, P.A., Liaison Counsel for Lead Plaintiff Movant Hassan El Hakim ("El Hakim") and proposed Liaison Counsel for the class in the above-captioned action. I make this declaration in support of El Hakim's Motion for Appointment as Lead Plaintiff and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published January 18, 2022 on *Globe Newswire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B:    Signed PSLRA Certification of El Hakim;

Exhibit C:    Analysis of El Hakim's financial interest resulting from his transactions in NRx Pharmaceuticals, Inc. securities;

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit E:    Firm résumé of Cooch and Taylor, P.A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 21st day of March 2022.

*/s/ Blake A. Bennett*
Blake A. Bennett (#5133)

1