# EXHIBIT C

## Financial Interest Analysis

**Company Name:** NRx Pharmaceuticals, Inc.
**Ticker:** NRXP
**Class Period:** 06/01/2021 - 11/04/2021
**Name:** Hassan El Hakim

### Account 1

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 7/29/2021 | 700 | $16.2450 | -$11,371.5000 | | $0.0000 | -$11,371.50 |
| 7/29/2021 | 300 | $16.3300 | -$4,899.0000 | | $0.0000 | -$4,899.00 |
| 7/29/2021 | 540 | $15.9050 | -$8,588.7000 | | $0.0000 | -$8,588.70 |
| 7/29/2021 | 8 | $15.9238 | -$127.3904 | | $0.0000 | -$127.39 |
| 10/5/2021 | -200 | | $0.0000 | $8.8300 | $1,766.0000 | $1,766.00 |
| 10/12/2021 | -150 | | $0.0000 | $10.9000 | $1,635.0000 | $1,635.00 |
| 10/21/2021 | -200 | | $0.0000 | $10.7380 | $2,147.6000 | $2,147.60 |
| 10/25/2021 | -998 | | $0.0000 | $9.5667 | $9,547.5666 | $9,547.57 |
| 11/2/2021 | 7 | $9.7700 | -$68.3900 | | $0.0000 | -$68.39 |

| | | | 90-Day Average Price | Shares Retained | Subtotal: | -$9,958.81 |
|---|---|---|---|---|---|---|
| **Shares Retained:** | 7 | | $5.0554 | 7 | 90-Day Average: | $35.39 |
| | | | | | Total: | -$9,923.43 |

### Account 2

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 7/19/2021 | 1,065.3971 | $12.34 | -$13,147.0000 | | $0.0000 | -$13,147.00 |
| 7/19/2021 | -0.1327 | | $0.0000 | $11.76 | $1.5601 | $1.56 |
| 7/19/2021 | -1,123.0000 | | $0.0000 | $11.70 | $13,139.1000 | $13,139.10 |
| 7/19/2021 | 387.0213 | $12.79 | -$4,950.0029 | | $0.0000 | -$4,950.00 |
| 7/19/2021 | 736.1113 | $13.31 | -$9,797.6417 | | $0.0000 | -$9,797.64 |
| 7/19/2021 | -0.5339 | | $0.0000 | $13.32 | $7.1119 | $7.11 |
| 7/19/2021 | -372.0000 | | $0.0000 | $13.97 | $5,196.8400 | $5,196.84 |
| 7/19/2021 | 372.5339 | $14.25 | -$5,308.6084 | | $0.0000 | -$5,308.61 |
| 7/19/2021 | -0.5301 | | $0.0000 | $14.41 | $7.6381 | $7.64 |
| 7/19/2021 | -341.0000 | | $0.0000 | $14.55 | $4,961.5500 | $4,961.55 |
| 7/19/2021 | 341.5301 | $14.64 | -$5,000.0000 | | $0.0000 | -$5,000.00 |
| 7/19/2021 | -378.0000 | | $0.0000 | $13.98 | $5,284.4400 | $5,284.44 |
| 7/19/2021 | -0.6874 | | $0.0000 | $13.89 | $9.5482 | $9.55 |
| 7/19/2021 | 378.6874 | $12.94 | -$4,900.2152 | | $0.0000 | -$4,900.22 |

## Financial Interest Analysis

| Date | Shares | Price | Amount | Price | Amount | Total |
|---|---|---|---|---|---|---|
| 7/20/2021 | 326.1108 | $11.19 | -$3,649.1797 | | $0.0000 | -$3,649.18 |
| 7/20/2021 | 359.0664 | $11.14 | -$4,000.0000 | | $0.0000 | -$4,000.00 |
| 7/20/2021 | 453.3092 | $11.03 | -$5,000.0000 | | $0.0000 | -$5,000.00 |
| 7/21/2021 | 500.0000 | $10.29 | -$5,145.0000 | | $0.0000 | -$5,145.00 |
| 7/21/2021 | 500.0000 | $10.30 | -$5,150.0000 | | $0.0000 | -$5,150.00 |
| 7/21/2021 | 500.0000 | $9.98 | -$4,990.0000 | | $0.0000 | -$4,990.00 |
| 7/21/2021 | -0.9310 | | $0.0000 | $9.90 | $9.2168 | $9.22 |
| 7/21/2021 | 12.0000 | $10.00 | -$120.0000 | | $0.0000 | -$120.00 |
| 7/21/2021 | 502.2653 | $9.95 | -$4,997.5400 | | $0.0000 | -$4,997.54 |
| 7/21/2021 | 782.7822 | $10.22 | -$8,000.0342 | | $0.0000 | -$8,000.03 |
| 7/22/2021 | -1,225.7010 | | $0.0000 | $16.32 | $20,003.4395 | $20,003.44 |
| 7/22/2021 | 1,225.7010 | $16.32 | -$20,003.4395 | | $0.0000 | -$20,003.44 |
| 7/22/2021 | -1,007.3875 | | $0.0000 | $15.30 | $15,413.0289 | $15,413.03 |
| 7/22/2021 | 1,007.3875 | $14.89 | -$15,000.0000 | | $0.0000 | -$15,000.00 |
| 7/22/2021 | -337.7246 | | $0.0000 | $15.62 | $5,275.2578 | $5,275.26 |
| 7/22/2021 | 337.7246 | $14.81 | -$5,001.7009 | | $0.0000 | -$5,001.70 |
| 7/22/2021 | -5,000.0000 | | $0.0000 | $17.62 | $88,100.0000 | $88,100.00 |
| 7/23/2021 | -729.9773 | | $0.0000 | $21.37 | $15,599.6141 | $15,599.61 |
| 7/23/2021 | 729.9773 | $20.55 | -$15,001.0327 | | $0.0000 | -$15,001.03 |
| 7/26/2021 | 223.3900 | $19.41 | -$4,336.0000 | | $0.0000 | -$4,336.00 |
| 7/26/2021 | 509.1650 | $19.64 | -$10,000.0000 | | $0.0000 | -$10,000.00 |
| 7/26/2021 | 23.1719 | $20.71 | -$479.8892 | | $0.0000 | -$479.89 |
| 7/26/2021 | 481.4657 | $20.77 | -$10,000.0425 | | $0.0000 | -$10,000.04 |
| 7/26/2021 | -501.6803 | | $0.0000 | $20.91 | $10,490.1344 | $10,490.13 |
| 7/26/2021 | 501.6803 | $20.83 | -$10,450.0000 | | $0.0000 | -$10,450.00 |
| 7/26/2021 | -235.5724 | | $0.0000 | $22.99 | $5,415.8098 | $5,415.81 |
| 7/26/2021 | 235.5724 | $21.22 | -$4,998.8467 | | $0.0000 | -$4,998.85 |
| 7/27/2021 | 424.8540 | $18.83 | -$8,000.0000 | | $0.0000 | -$8,000.00 |
| 7/27/2021 | 265.7454 | $18.82 | -$5,001.3287 | | $0.0000 | -$5,001.33 |
| 7/27/2021 | 210.8598 | $18.97 | -$4,000.0098 | | $0.0000 | -$4,000.01 |
| 7/27/2021 | 156.9859 | $19.11 | -$3,000.0000 | | $0.0000 | -$3,000.00 |
| 7/27/2021 | 320.8574 | $18.70 | -$6,000.0333 | | $0.0000 | -$6,000.03 |
| 7/27/2021 | 328.9511 | $18.24 | -$6,000.0688 | | $0.0000 | -$6,000.07 |
| 7/27/2021 | 222.2840 | $18.00 | -$4,001.1114 | | $0.0000 | -$4,001.11 |
| 7/27/2021 | 433.9934 | $18.43 | -$7,998.4990 | | $0.0000 | -$7,998.50 |
| 8/10/2021 | 5.5789 | $16.67 | -$93.0000 | | $0.0000 | -$93.00 |
| 8/19/2021 | 864.2293 | $11.57 | -$9,999.1333 | | $0.0000 | -$9,999.13 |
| 9/9/2021 | -171.5317 | | $0.0000 | $12.54 | $2,151.0074 | $2,151.01 |
| 9/10/2021 | -300.0000 | | $0.0000 | $12.12 | $3,636.0000 | $3,636.00 |

## Financial Interest Analysis

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/13/2021 | 136.0350 | $11.76 | -$1,599.7721 | | | $0.0000 | -$1,599.77 |
| 9/13/2021 | 50.0000 | $11.69 | -$584.5000 | | | $0.0000 | -$584.50 |
| 9/13/2021 | 50.0000 | $11.67 | -$583.5000 | | | $0.0000 | -$583.50 |
| 9/15/2021 | 172.1170 | $11.62 | -$1,999.9998 | | | $0.0000 | -$2,000.00 |
| 9/20/2021 | 67.7031 | $9.97 | -$675.0000 | | | $0.0000 | -$675.00 |
| 9/21/2021 | -75.0000 | | $0.0000 | $10.25 | | $768.7500 | $768.75 |
| 9/22/2021 | -400.8552 | | $0.0000 | $10.13 | | $4,060.6629 | $4,060.66 |
| 10/22/2021 | 81.4815 | $9.86 | -$803.4074 | | | $0.0000 | -$803.41 |
| 10/22/2021 | 19.8314 | $10.09 | -$200.0991 | | | $0.0000 | -$200.10 |
| 11/23/2021 | -3,000.3129 | | $0.0000 | $5.78 | | $17,355.6562 | $17,355.66 |
| 11/23/2021 | -1,101.0000 | | $0.0000 | $5.78 | | $6,368.8615 | $6,368.86 |

**Shares Retained:**    0

**Subtotal:**    -$16,710.41

| 90-Day Average Price | Shares Retained | 90-Day Average: | $0.00 |
|---|---|---|---|
| $5.0554 | 0 | Total: | -$16,710.41 |

### Account 2 - Options

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 9/16/2021 | Bought | Call | Dec 17, 2021 / $12.5 | 4 | $2.0000 | -$800.00 |
| 9/20/2021 | Sold | Call | Dec 17, 2021 / $12.5 | -4 | $1.6500 | $660.00 |
| | | | **Contracts Remaining:** | **0** | **Total:** | **-$140.00** |

| Hassan El Hakim Financial Interest Summary | |
|---|---|
| Account 1: | -$9,923.43 |
| Account 2: | -$16,710.41 |
| Account 2 Options: | -$140.00 |
| **Total Financial Interest:** | **-$26,773.83** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between November 5, 2021 and February 2, 2022.  Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.