IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CRISTIAN DAL BOSCO, Individually and on Behalf of All Others Similarly Situated, et al.,** *Plaintiff*, v. **NRx PHARMACEUTICALS, INC., et al.,** *Defendants*. | Case No. 1:22-cv-00066-JDW |

# ORDER

**AND NOW**, this 16th day of June, 2022, upon review of Plaintiffs' Notice Of Voluntary Dismissal Without Prejudice Pursuant To Federal Rule Of Civil Procedure 41(a)(1)(A)(i) (D.I. 46), it is hereby **ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Each party shall bear his or its own costs and attorneys' fees.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.